# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAVANO MUNNINGS,

                        Plaintiff,

-vs-                                   **Case No.  6:07-cv-282-Orl-19KRS**

FEDEX GROUND PACKAGE SYSTEMS,
INC.,

                        Defendant.
_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed

herein:

---

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL SUBMISSIONS, AND FOR CONTINUANCE OF THE PRETRIAL CONFERENCE (Doc. No. 88)** |
| **FILED:** | **April 10, 2008** |

---

**THEREON** it is **ORDERED** that the motion is **DENIED**.

---

      The Court has denied Defendant Fedex Ground Package System, Inc.'s suggestion that the

Court lacks jurisdiction, doc. no. 72, and its motion to stay the case, doc. no. 67, which was the basis

for the present motion.  The parties shall file the Joint Final Pretrial Statement and supporting

documents on the date previously ordered, and the Final Pretrial Conference shall take place as previously scheduled.

**DONE** and **ORDERED** in Orlando, Florida on April 11, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties